# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Foodbuy, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00809-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Gregory Packaging, Inc., | ) | |
| | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Bench Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 25, 2018 Order.

September 25, 2018

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court