IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-809-FDW-DCK

| | |
|---|---|
| FOODBUY, LLC, | ) |
|     Plaintiff, | ) |
| v. | )   **ORDER** |
| GREGORY PACKAGING, INC., | ) |
|     Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Stay Of Proceedings By Bond" (Document No. 105) filed August 1, 2019. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Stay Of Proceedings By Bond" (Document No. 105) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Supersedeas Bond is **APPROVED** and this matter is hereby **STAYED** pending the results of the Appeal and Cross-Appeal.

**SO ORDERED**.

Signed: August 1, 2019

David C. Keesler
United States Magistrate Judge