UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00809-FDW-DCK

| | |
|---|---|
| FOODBUY, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GREGORY PACKAGING, INC., )<br>)<br>Defendant. )<br>) | NOTICE OF HEARING |

TAKE NOTICE that a status conference will take place on Wednesday, May 19, 2021, at 2:00 p.m. in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. The parties should be prepared the address the status of this case, including the issues now before this Court in light of the remand from the Court of Appeals for the Fourth Circuit (Doc. No. 108).

SO ORDERED.

Signed: May 12, 2021

Frank D. Whitney
United States District Judge