UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00809-FDW-DCK

| | |
|---|---|
| FOODBUY, LLC,                )<br>                                              )<br>         Plaintiff,                    )<br>                                              )<br>vs.                                         )<br>                                              )<br>GREGORY PACKAGING, INC., )<br>                                              )<br>         Defendant.                )<br>                                              ) | ORDER and NOTICE OF HEARING |

THIS MATTER is before the Court following remand from the Court of Appeals for the Fourth Circuit (Doc. No. 108). On May 19, 2021, the Court conducted a status conference with counsel for all parties, and this Order memorializes the oral rulings announced during open court regarding briefing on Gregory Packing, Inc's ("GPI") claim for unfair and deceptive trade practices.

GPI shall file an opening brief no later than August 5, 2021, and Plaintiff Foodbuy, LLC, shall file a responsive brief no later than August 19, 2021. Both briefs shall be limited to 4,500 words. GPI may file a reply brief limited to 1,500 words no later than September 2, 2021.

TAKE NOTICE that closing argument on GPI's unfair and deceptive claim will be limited to thirty minutes per party and will take place on Tuesday, October 5, 2021, at 2:00 p.m. in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, 28202.

IT IS SO ORDERED.

Signed: May 19, 2021

Frank D. Whitney
United States District Judge